PHILIP HORINSTEIN v. JACOB BLUMENTHAL.— Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

VINCENZO CANELLA, Suing, etc., v. U-NEED ICE COMPANY, INC., and Others.—Motion for stay pending appeal granted. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELSA LENTINO v. CHARLES FESER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

BERNARD GORDON v. EMILY L. P. BEVINS.— Motion granted and appeal dismissed, with ten dollars costs, unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

NUSSBAUM HERZIG COMPANY v. BEATRICE PESELOWITZ.—Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

COMMISSIONER OF PUBLIC CHARITIES on Complaint of ELIZABETH BRECKER v. JAMES ROCK.— Motion granted unless appellant comply with terms stated in order. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

ETHEL REIMULLER v. TOWN AND TERMINAL TAXI CORPORATION.— Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

MORRIS RYSKIND v. TOWN AND TERMINAL TAXI CORPORATION.—Application denied, with ten dollars costs, and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Dowling, Page and Greenbaum, JJ.

# SECOND DEPARTMENT, JULY, 1920.

HARRY BOBROW, Appellant, v. JOSEPH PALATNICK, Respondent, and Others, Defendants.— Motion for stay granted upon condition that appellant file a bond in the sum of $2,000; instead of the bond heretofore required. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

REGINA CRESCENT, Appellant, v. BRIDGET REDDY and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

JACOB GOLDBERG, Appellant, v. ESPHIERRA GOLDBERG, Respondent.— Motion granted, without costs. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

In the Matter of the Application of JOHN LEWIS BAKER for Admission to the Bar. (From the State of Indiana.) —Application granted. Present — Jenks, P. J., Mills, Putnam, Kelly and Jaycox, JJ.